IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

: CRIMINAL NUMBER:
v. : 2:16-CR-000130-ER

WHEELER NEFF, *et al.* :

**FILED**
APR 24 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

<u>**O R D E R**</u>

AND NOW, to wit, this 24 day of April, 2018, upon consideration of the within <u>Motion to Withdraw as Counsel</u>, it is **ORDERED** that petitioner's motion is **GRANTED** ①~~effective immediately~~.

BY THE COURT:

_____
ROBRENO, J.

① The Court granted the motion orally at trial after colloquy with defendant Neff.