IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 16-130-02 |
| v. | : | |
| | : | |
| WHEELER K. NEFF | : | |

### O R D E R

**AND NOW,** this **24th** day of **April, 2018,** upon consideration of Christopher D. Warren, Esquire's Motion to Withdraw as Counsel (ECF No. 410), the Government's response thereto (ECF No. 413), and Defendant Wheeler K. Neff's request to continue sentencing and to file additional objections to the U.S. Probation Office's Presentence Investigation Report ("PSR") and a supplemental sentencing memorandum, following a hearing with counsel for the parties and for the reasons stated on the record, it is hereby **ORDERED** that:

1. Defendant Neff's request to file additional objections to the PSR is **DENIED.**

2. Defendant Neff's request to file a supplemental sentencing memorandum is **GRANTED.** Defendant Neff shall file a supplemental sentencing memorandum, if any, by **May 4, 2018.** The Government shall file a response, if any, by **May 14, 2018.**

3. Defendant Neff's request to continue the sentencing hearing is **GRANTED.**

4.   Defendant Neff's sentencing hearing, previously scheduled for April 24, 2018, is **CONTINUED** to **May 25, 2018, at 9:00 a.m.,** in Courtroom 15A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

5.   Warren's Motion to Withdraw as Counsel (ECF No. 410) is **GRANTED.**

**AND IT IS SO ORDERED.**

                                                         **/s/ Eduardo C. Robreno**
                                                         **EDUARDO C. ROBRENO,   J.**