1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA


.
UNITED STATES OF AMERICA,    .
. Case No. 2:16-cr-00130-ER
            Complainant,    .
. 601 Market Street
         vs.                 . Philadelphia, Pennsylvania 19106
. November 27, 2017
CHARLES M. HALLINAN, et al, .
.
            Defendants.      .
. . . . . . . . . . . . . . .

TRANSCRIPT OF JURY TRIAL
DAY 32
TRANSCRIPT OF VERDICT
BEFORE THE HONORABLE EDUARDO C. ROBRENO
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:      Mark B. Dubnoff, Esq.
                         Assistant U.S. Attorney
                         OFFICE OF THE U.S. ATTORNEY
                         615 Chestnut Street, Suite 1250
                         Philadelphia, Pennsylvania 19106

For Defendant Hallinan:  Edwin J. Jacobs, Esq.
                         JACOBS AND BARBONE
                         1125 Pacific Avenue
                         Atlantic City, New Jersey 08401


For Defendant Neff:      Christopher D. Warren, Esq.
                         1717 Arch Street, Suite 3640
                         Philadelphia, Pennsylvania 19103


Audio Operator:          Electronically Recorded
                         by Nelson Malave, ESR


Transcription Company:   JDR Acquisition, LLC./
                         Advanced Transcription
                         1600 Market Street
                         Suite 1700
                         Philadelphia, Pennsylvania 19103
                         (855)204-8184


Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

2

INDEX

                                                            Page

VERDICT                                                        4

3

1          (Proceedings commence at 9:07 a.m.)

2          (Call to order of the Court)

3          (Jury not present)

4               THE COURT:  Good morning.  Please be seated.

5               COUNSEL:  Good morning.  Good morning, Your Honor.

6     Good morning, Your Honor.

7               THE COURT:  There was a request from the jury on

8     Friday for certain documents.  Have the parties agreed on the

9     documents to be submitted?

10              MR. DUBNOFF:  Your Honor, defense counsel is

11    reviewing the last four of the documents.  I did provide them

12    to them just this morning, so they are reviewing them just to

13    make sure they are the same ones, that they're consistent

14    with --

15              MR. WARREN:  We're in agreement.  We're just

16    looking through it, Judge.

17              MR. DUBNOFF:  Just to make sure there's no missing

18    pages, I think.

19              MR. WARREN:  And so far 791 is complete, there are

20    no missing pages.

21              THE COURT:  Okay.

22              MR. JACOBS:  We'll be done by 9:30, Judge.

23              THE COURT:  Okay.  Number two, and let me go off

24    the record here.

25         (Recess taken at 9:08 a.m.)

Verdict

4

 1        (Proceedings resumed at 9:09 a.m.)

 2             THE COURT:  The parties have now reviewed the

 3     documents requested by the jury, and they have agreed that

 4     those are the appropriate copies of the documents, and

 5     they're putting them together.  And Mr. Vance is directed to

 6     deliver them to the jury at 9:30.

 7             MR. JACOBS:  Yes.

 8             THE COURT:  Okay.

 9             MR. JACOBS:  One little tiny thing, Judge.  You

10     said the jury requested that Friday.  They actually

11     restitution it Wednesday.

12             THE COURT:  Yeah, that's right.  They requested it

13     on Wednesday, last time that we were here.  Okay, very good.

14     We'll stand in recess.

15        (Recess taken at 9:10 a.m.)

16        (Proceedings resumed at 11:34 a.m.)

17        (Jury present)

18             THE COURT:  Please return the verdict sheet to the

19     foreperson.  The deputy will read the question, and the

20     foreperson will deliver the verdict on behalf of the jury.

21     Please pay attention because you will be asked thereafter

22     whether you agree with the verdict as read.

23             Mr. Vance, please begin.

24             THE CLERK:  In the matter of the United States of

25     America v. Charles M. Hallinan and Wheeler K. Neff, as to

Verdict

5

1   defendant Charles Hallinan, Count 1, RICO conspiracy, how

2   does the jury find?

3           THE FOREPERSON:  Guilty.

4           THE CLERK:  As to Count 2 for Charles Hallinan, how

5   does the jury find?

6           THE FOREPERSON:  Guilty.

7           THE CLERK:  As to Count 3 for defendant Charles

8   Hallinan, how does the jury find?

9           THE FOREPERSON:  Guilty.

10           THE CLERK:  As to Count 4 for Charles Hallinan, how

11   does the jury find?

12           THE FOREPERSON:  Guilty.

13           THE CLERK:  As to Count 5 for defendant Charles

14   Hallinan, how does the jury find?

15           THE FOREPERSON:  Guilty.

16           THE CLERK:  As to Count 6 for defendant Charles

17   Hallinan, how does the jury find?

18           THE FOREPERSON:  Guilty.

19           THE CLERK:  As to Count 7 for defendant Charles

20   Hallinan, how does the jury find?

21           THE FOREPERSON:  Guilty.

22           THE CLERK:  As to Count 8 for defendant Charles

23   Hallinan, how does the jury find?

24           THE FOREPERSON:  Guilty.

25           THE CLERK:  As to Count 9 for defendant Charles

Verdict

6

```
 1   Hallinan, how does the jury find?
 2              THE FOREPERSON:  Guilty.
 3              THE CLERK:  As to Count 10 for defendant Charles
 4   Hallinan, how does the jury find?
 5              THE FOREPERSON:  Guilty.
 6              THE CLERK:  As to Count 11 for defendant Charles
 7   Hallinan, how does the jury find?
 8              THE FOREPERSON:  Guilty.
 9              THE CLERK:  As to Count 12 for defendant Charles
10   Hallinan, how does the jury find?
11              THE FOREPERSON:  Guilty.
12              THE CLERK:  As to Count 13 for defendant Charles
13   Hallinan, how does the jury find?
14              THE FOREPERSON:  Guilty.
15              THE CLERK:  As to Count 14 for defendant Charles
16   Hallinan, how does the jury find?
17              THE FOREPERSON:  Guilty.
18              THE CLERK:  As to Count 15 for defendant Charles
19   Hallinan, how does the jury find?
20              THE FOREPERSON:  Guilty.
21              THE CLERK:  As to Count 16 for defendant Charles
22   Hallinan, how does the jury find?
23              THE FOREPERSON:  Guilty.
24              THE CLERK:  As to Count 17 for defendant Charles
25   Hallinan, how does the jury find?
```

Verdict

7

1            THE FOREPERSON:  Guilty.

2            THE CLERK:  As to defendant Wheeler Neff as to

3    Count 1, how does the jury find?

4            THE FOREPERSON:  Guilty.

5            THE CLERK:  As to Count 2 for defendant Wheeler

6    Neff, how does the jury find?

7            THE FOREPERSON:  Guilty.

8            THE CLERK:  As to Count 3 for defendant Wheeler

9    Neff, how does the jury find?

10            THE FOREPERSON:  Guilty.

11            THE CLERK:  As to Count 4 for defendant Wheeler

12   Neff, how does the jury find?

13            THE FOREPERSON:  Guilty.

14            THE CLERK:  As to Count 5 for defendant Wheeler

15   Neff, how does the jury find?

16            THE FOREPERSON:  Guilty.

17            THE CLERK:  As to Count 6 for defendant Wheeler

18   Neff, how does the jury find?

19            THE FOREPERSON:  Guilty.

20            THE CLERK:  As to Count 7 for defendant Wheeler

21   Neff, how does the jury find?

22            THE FOREPERSON:  Guilty.

23            THE CLERK:  And as to Count 8 for defendant Wheeler

24   Neff, how does the jury find?

25            THE FOREPERSON:  Guilty.

8

1          THE COURT:  Okay.  Please return the jury form to

2     the deputy.  I'm going to now ask each of you whether you

3     agree with the verdict as read.  The answer should be yes or

4     no.

5          (Court polls jury)

6          THE COURT:  The polling of the jury having verified

7     unanimity, I direct the clerk to file and record the verdict.

8          Members of the jury, we're going to take a brief

9     recess now, and I will get back to you in a few moments to

10    discuss a further proceeding.  Please do not discuss the

11    matter any further until you receive the instructions from

12    me, and I will get back to you in a few moments.  Please

13    return to the jury room.

14         THE CLERK:  All rise.

15         (Jury not present)

16         THE COURT:  Please be seated.  There are a few

17    matters to be attended to, but first we will set a time for

18    the filing of post-trial motions, and that will be ten days

19    from today.  And I will enter a written order to that effect.

20         Sentencing in this case will proceed as follows.

21    As to Charles M. Hallinan, sentencing is set for April 19th,

22    2018 at 9:00 a.m. in Courtroom 15A of this courthouse or in

23    such other courtroom as may be designated on that day.

24         As to Willard K. Neff, sentencing is set for April

25    17th of 2018 at 9:00 a.m. in Courtroom 15A of this courthouse

1   or in such other courtroom as may be designated on that day.

2           Two matters that need to be addressed, and you may

3   need a little time to answer them.  One will be the issue of

4   bail, and two will be the forfeiture issue.  As to

5   forfeiture, there are a couple of options here.  Forfeiture

6   can proceed before the judge or it can proceed before the

7   jury.  In the event that it proceeds before the jury, as I

8   understand it, the role of the jury is to determine whether

9   the Government has established the requisite nexus between

10  the property and the offense committed by the defendant, and

11  that's pursuant to Federal Rule of Criminal Procedure

12  32.2(b)(5)(B).  But the issue of the amount of the property

13  that is subject to forfeiture, that is determined by the

14  Court, as I understand it.  But you may need a little time to

15  be able to address these issues.

16          So let me just then request from counsel, what's

17  your thinking as to how we should proceed?  Let me start with

18  the defendants.  I think we have the Government's papers

19  here.

20          Mr. Jacobs, how would you like to proceed?

21          MR. JACOBS:  Judge, we have discussed the potential

22  for forfeiture proceedings, and it's the defense position

23  that the forfeiture proceedings be conducted by the Court,

24  not the jury.

25          MR. WARREN:  Same as here -- same, as well, Your

10

1    Honor, for Mr. Neff.

2         THE COURT:  Now, would you colloquy Mr. Hallinan

3    and Mr. Neff that they're waiving the right to proceed before

4    the jury?  And then we can dismiss the jury.

5         MR. JACOBS:  Mr. Hallinan, have you heard what I

6    just said to the judge, that we have had discussions before

7    this regarding whether we would want the jury or a judge to

8    reach decisions on the forfeiture issues?  And it's my

9    advice, which I believe you've accepted, that all forfeiture

10   proceedings be committed to the judge and not the jury.

11        DEFENDANT HALLINAN:  I agree.

12        THE COURT:  And you understand, Mr. Hallinan, that

13   you have the right to proceed, regardless of the advice of

14   your lawyer, you have the right to proceed before the jury,

15   but you have decided of your own free will to proceed before

16   me, and I will be the judge in charge of that.

17        DEFENDANT HALLINAN:  Correct.

18        THE COURT:  Okay, very well.  Thank you.

19        And Mr. Neff, let's do likewise.

20        DEFENDANT NEFF:  Yes.

21        MR. WARREN:  You heard what Mr. Jacobs had to say.

22   We've had discussions about this.  You have the right to have

23   a jury decide forfeiture issues, if you'd like to do that, or

24   we can waive that right and have the judge decide forfeiture

25   issues.

11

1          DEFENDANT NEFF:  I'll waive that right and have the

2    Court decide.

3          THE COURT:  And regardless of what your lawyer had

4    advised you, you understand that it is your responsibility

5    and your right to decide whether or not you want to proceed

6    before a judge or before a jury, and that you are, of your

7    own free will, choosing to proceed before the judge, and that

8    judge will be me in this case.

9          DEFENDANT NEFF:  Yes, Your Honor.

10         THE COURT:  Okay.  Now, we have -- thank you, Mr.

11   Neff.  We have the waiver of trial by jury form in a

12   forfeiting proceeding that I'm going to ask, then, the

13   defendants, their attorney, and the Assistant United States

14   Attorney to proceed.  And by the way, I guess the United

15   States also has a right to proceed before a jury.

16         MR. DUBNOFF:  We're -- we agree that it should

17   proceed before Your Honor.

18         THE COURT:  Okay, very well.  Let's have the

19   defendant and their lawyer -- okay.  The defendants, their

20   respective lawyers, and the Assistant United States Attorney

21   have executed the waiver of trial by jury, and I'm satisfied,

22   after the colloquy with the defendants, that they have

23   knowingly and competently waived their right to trial by

24   jury, and the waiver is approved.  And I am so entering an

25   order to that effect this moment.  Today's the 27th?  Yeah.

12

1    Okay.  So they may be filed.

2          Now, I think the next order of business will be to

3    bring the jury back, dismiss the jury, and then have a

4    scheduling conference with the lawyers.  So let's bring the

5    jury back.

6          (Jury present)

7          THE COURT:  Okay.  Please be seated.  I have had a

8    conference with the lawyers, and we decided that any further

9    proceedings will involve the Court and not you as jurors in

10   this case.  So at this time, your service as jurors has come

11   to an end.  And it's been a long process and we are all very

12   grateful for your service, and as I have always found, there

13   are sort of three states to being a juror.  The first one is

14   why me?  The second one is, gee, this is real hard.  And the

15   third one is, I've done my part.  And I think hopefully you

16   are in stage number three and that you have done your part

17   the best -- to the best of your ability.  So you can go with

18   that peace of mind.

19         Now, I said to you during the trial that you were

20   not to discuss the matter among yourselves or with anyone.

21   I'm removing that prohibition, and that's now entirely up to

22   you.  Now, you don't have to talk to anybody or tell them

23   anything at all, but you can discuss it with anybody that you

24   would like to.  I leave that entirely up to you.

25         So anything further as far as the logistics, you

13

1   can discuss it with Mr. Vance.  I think your lunch is coming

2   in, so why don't you stay for lunch, and if I have a minute

3   -- I have another proceeding to do now -- but if I have a

4   minute, I will stop by.  If not, you go with my gratitude for

5   your service.  We will collect your notes and they will be

6   destroyed, so there will be no record of your proceedings.

7   So thank you so much, and you are relieved from jury service

8   at this time.  And, likewise, let's relieve the alternates,

9   as well.  Let's not forget about them.  Okay.  So please

10   return to the jury room.

11          (Jury discharged)

12          (Proceedings concluded at 11:50 a.m.)

13                              * * * * *

14

15

16

17

18

19

20

21

22

23

24

25

14

TRANSCRIBER'S CERTIFICATION

I, Sharolyn Bornholdt, hereby certify that the foregoing
is a correct transcript from the electronic sound recording
of the proceedings in the above-entitled matter to the best
of my knowledge and ability.

/s/Sharolyn Bornholdt                        August 20, 2018

For JDR Acquisition, LLC./

Advanced Transcription

## A

**a.m** 3:1,25 4:1
  4:15,16 8:22
  8:25 13:12
**ability** 12:17
  14:7
**able** 9:15
**above-entitled**
  14:6
**accepted** 10:9
**Acquisition** 1:21
  14:12
**address** 9:15
**addressed** 9:2
**Advanced** 1:21
  14:13
**advice** 10:9,13
**advised** 11:4
**agree** 4:22 8:3
  10:11 11:16
**agreed** 3:8 4:3
**agreement** 3:15
**al** 1:6
**alternates** 13:8
**America** 1:3
  4:25
**amount** 9:12
**answer** 8:3 9:3
**anybody** 12:22
  12:23
**APPEARAN...**
  1:12
**appropriate** 4:4
**approved** 11:24
**April** 8:21,24
**Arch** 1:18
**asked** 4:21
**Assistant** 1:13
  11:13,20
**Atlantic** 1:16
**attended** 8:17
**attention** 4:21
**attorney** 1:13,13
  11:13,14,20
**Audio** 1:19
**August** 14:11
**Avenue** 1:16

## B

**B** 1:12
**back** 8:9,12 12:3
  12:5
**bail** 9:4
**BARBONE** 1:15
**behalf** 4:20
**believe** 10:9
**best** 12:17,17
  14:6
**Bornholdt** 14:4
  14:11
**brief** 8:8
**bring** 12:3,4
**business** 12:2

## C

**C** 1:11
**Call** 3:2
**case** 1:3 8:20
  11:8 12:10
**certain** 3:8
**CERTIFICA...**
  14:2
**certify** 14:4
**charge** 10:16
**Charles** 1:6 4:25
  5:1,4,7,10,13
  5:16,19,22,25
  6:3,6,9,12,15
  6:18,21,24
  8:21
**Chestnut** 1:14
**choosing** 11:7
**Christopher**
  1:17
**City** 1:16
**clerk** 4:24 5:4,7
  5:10,13,16,19
  5:22,25 6:3,6,9
  6:12,15,18,21
  6:24 7:2,5,8,11
  7:14,17,20,23
  8:7,14
**collect** 13:5
**colloquy** 10:2
  11:22
**come** 12:10

**coming** 13:1
**commence** 3:1
**committed** 9:10
  10:10
**Company** 1:21
**competently**
  11:23
**Complainant**
  1:4
**complete** 3:19
**concluded** 13:12
**conducted** 9:23
**conference** 12:4
  12:8
**consistent** 3:13
**conspiracy** 5:1
**copies** 4:4
**correct** 10:17
  14:5
**counsel** 3:5,10
  9:16
**Count** 5:1,4,7,10
  5:13,16,19,22
  5:25 6:3,6,9,12
  6:15,18,21,24
  7:3,5,8,11,14
  7:17,20,23
**couple** 9:5
**Court** 1:1 3:2,4
  3:7,21,23 4:2,8
  4:12,18 8:1,5,6
  8:16 9:14,23
  10:2,12,18
  11:2,3,10,18
  12:7,9
**courthouse** 8:22
  8:25
**courtroom** 8:22
  8:23,25 9:1
**Criminal** 9:11

## D

**D** 1:17
**day** 1:10 8:23
  9:1
**days** 8:18
**decide** 10:23,24
  11:2,5

**coming** 13:1

**decided** 10:15
  12:8
**decisions** 10:8
**defendant** 1:15
  1:17 5:1,7,13
  5:16,19,22,25
  6:3,6,9,12,15
  6:18,21,24 7:2
  7:5,8,11,14,17
  7:20,23 9:10
  10:11,17,20
  11:1,9,19
**defendants** 1:8
  9:18 11:13,19
  11:22
**defense** 3:10
  9:22
**deliver** 4:6,20
**deputy** 4:19 8:2
**designated** 8:23
  9:1
**destroyed** 13:6
**determine** 9:8
**determined** 9:13
**direct** 8:7
**directed** 4:5
**discharged**
  13:11
**discuss** 8:10,10
  12:20,23 13:1
**discussed** 9:21
**discussions** 10:6
  10:22
**dismiss** 10:4
  12:3
**DISTRICT** 1:1
  1:1,11
**documents** 3:8,9
  3:11 4:3,4
**Dubnoff** 1:12
  3:10,17 11:16

## E

**EASTERN** 1:1
**EDUARDO**
  1:11
**Edwin** 1:15
**effect** 8:19 11:25

**electronic** 1:24
  14:5
**Electronically**
  1:19
**enter** 8:19
**entering** 11:24
**entirely** 12:21
  12:24
**Esq** 1:12,15,17
**ESR** 1:20
**established** 9:9
**et** 1:6
**event** 9:7
**executed** 11:21

## F

**far** 3:19 12:25
**Federal** 9:11
**file** 8:7
**filed** 12:1
**filing** 8:18
**find** 5:2,5,8,11
  5:14,17,20,23
  6:1,4,7,10,13
  6:16,19,22,25
  7:3,6,9,12,15
  7:18,21,24
**first** 8:17 12:13
**follows** 8:20
**foregoing** 14:4
**foreperson** 4:19
  4:20 5:3,6,9,12
  5:15,18,21,24
  6:2,5,8,11,14
  6:17,20,23 7:1
  7:4,7,10,13,16
  7:19,22,25
**forfeiting** 11:12
**forfeiture** 9:4,5
  9:5,13,22,23
  10:8,9,23,24
**forget** 13:9
**form** 8:1 11:11
**found** 12:12
**four** 3:11
**free** 10:15 11:7
**Friday** 3:8 4:10
**further** 8:10,11

12:8,25

**G**
gee 12:14
go 3:23 12:17
  13:4
going 8:2,8
  11:12
good 3:4,5,5,6
  4:13
Government
  1:12 9:9
Government's
  9:18
grateful 12:12
gratitude 13:4
guess 11:14
Guilty 5:3,6,9
  5:12,15,18,21
  5:24 6:2,5,8,11
  6:14,17,20,23
  7:1,4,7,10,13
  7:16,19,22,25

**H**
Hallinan 1:6,15
  4:25 5:1,4,8,10
  5:14,17,20,23
  6:1,4,7,10,13
  6:16,19,22,25
  8:21 10:2,5,11
  10:12,17
hard 12:14
heard 10:5,21
Honor 3:5,6,10
  10:1 11:9,17
HONORABLE
  1:11
hopefully 12:15

**I**
INDEX 2:2
instructions
  8:11
involve 12:9
issue 9:3,4,12
issues 9:15 10:8
  10:23,25

**J**
J 1:15
Jacobs 1:15,15
  3:22 4:7,9 9:20
  9:21 10:5,21
JDR 1:21 14:12
Jersey 1:16
judge 1:11 3:16
  3:22 4:9 9:6,21
  10:6,7,10,16
  10:24 11:6,7,8
juror 12:13
jurors 12:9,10
jury 1:9 3:3,7
  4:3,6,10,17,20
  5:2,5,8,11,14
  5:17,20,23 6:1
  6:4,7,10,13,16
  6:19,22,25 7:3
  7:6,9,12,15,18
  7:21,24 8:1,5,6
  8:8,13,15 9:7,7
  9:8,24 10:4,4,7
  10:10,14,23
  11:6,11,15,21
  11:24 12:3,3,5
  12:6 13:7,10
  13:11

**K**
K 4:25 8:24
knowingly
  11:23
knowledge 14:7

**L**
lawyer 10:14
  11:3,19
lawyers 11:20
  12:4,8
leave 12:24
let's 10:19 11:18
  12:4 13:8,9
likewise 10:19
  13:8
little 4:9 9:3,14
LLC./ 1:21
  14:12

logistics 12:25
long 12:11
looking 3:16
lunch 13:1,2

**M**
M 1:6 4:25 8:21
Malave 1:20
Mark 1:12
Market 1:4,22
matter 4:24 8:11
  12:20 14:6
matters 8:17 9:2
Members 8:8
mind 12:18
minute 13:2,4
missing 3:17,20
moment 11:25
moments 8:9,12
morning 3:4,5,5
  3:6,12
motions 8:18

**N**
need 9:2,3,14
Neff 1:17 4:25
  7:2,6,9,12,15
  7:18,21,24
  8:24 10:1,3,19
  10:20 11:1,9
  11:24
Nelson 1:20
New 1:16
nexus 9:9
notes 13:5
November 1:5
number 3:23
  12:16

**O**
offense 9:10
OFFICE 1:13
okay 3:21,23 4:8
  4:13 8:1 10:18
  11:10,18,19
  12:1,7 13:9
ones 3:13
Operator 1:19

options 9:5
order 3:2 8:19
  11:25 12:2

**P**
Pacific 1:16
Page 2:4
pages 3:18,20
papers 9:18
part 12:15,16
parties 3:8 4:2
pay 4:21
peace 12:18
Pennsylvania
  1:1,5,14,18,23
Philadelphia 1:5
  1:14,18,23
please 3:4 4:18
  4:21,23 8:1,10
  8:12,16 12:7
  13:9
polling 8:6
polls 8:5
position 9:22
post-trial 8:18
potential 9:21
present 3:3 4:17
  8:15 12:6
Procedure 9:11
proceed 8:20 9:6
  9:6,17,20 10:3
  10:13,14,15
  11:5,7,14,15
  11:17
proceeding 8:10
  11:12 13:3
proceedings
  1:24 3:1 4:1,16
  9:22,23 10:10
  12:9 13:6,12
  14:6
proceeds 9:7
process 12:11
produced 1:25
prohibition
  12:21
property 9:10
  9:12

provide 3:11
pursuant 9:11
putting 4:5

**Q**
question 4:19

**R**
reach 10:8
read 4:19,22 8:3
real 12:14
receive 8:11
recess 3:25 4:14
  4:15 8:9
record 3:24 8:7
  13:6
recorded 1:19
  1:24
recording 1:24
  14:5
regarding 10:7
regardless 10:13
  11:3
relieve 13:8
relieved 13:7
removing 12:21
request 3:7 9:16
requested 4:3,10
  4:12
requisite 9:9
respective 11:20
responsibility
  11:4
restitution 4:11
resumed 4:1,16
return 4:18 8:1
  8:13 13:10
reviewed 4:2
reviewing 3:11
  3:12
RICO 5:1
right 4:12 10:3
  10:13,14,22,24
  11:1,5,15,23
rise 8:14
ROBRENO
  1:11
role 9:8

room 8:13 13:10
Rule 9:11

_____ S _____
s/Sharoyln
    14:11
satisfied 11:21
scheduling 12:4
seated 3:4 8:16
    12:7
second 12:14
sentencing 8:20
    8:21,24
service 1:25
    12:10,12 13:5
    13:7
set 8:17,21,24
Sharoyln 14:4
sheet 4:18
sort 12:13
sound 1:24 14:5
stage 12:16
stand 4:14
start 9:17
states 1:1,3,11
    4:24 11:13,15
    11:20 12:13
stay 13:2
stop 13:4
Street 1:4,14,18
    1:22
subject 9:13
submitted 3:9
Suite 1:14,18,22
sure 3:13,17

_____ T _____
take 8:8
taken 3:25 4:15
talk 12:22
tell 12:22
ten 8:18
thank 10:18
    11:10 13:7
thing 4:9
think 3:18 9:18
    12:2,15 13:1
thinking 9:17

third 12:15
three 12:13,16
time 4:13 8:17
    9:3,14 12:10
    13:8
tiny 4:9
today 8:19
Today's 11:25
TRANSCRIB...
    14:2
transcript 1:9
    1:10,25 14:5
transcription
    1:21,21,25
    14:13
trial 1:9 11:11
    11:21,23 12:19
two 3:23 9:2,4

_____ U _____
U.S 1:13,13
unanimity 8:7
understand 9:8
    9:14 10:12
    11:4
United 1:1,3,11
    4:24 11:13,14
    11:20

_____ V _____
v 4:25
Vance 4:5,23
    13:1
verdict 1:10 2:6
    4:18,20,22 8:3
    8:7
verified 8:6
vs 1:5

_____ W _____
waive 10:24
    11:1
waived 11:23
waiver 11:11,21
    11:24
waiving 10:3
want 10:7 11:5
Warren 1:17

    3:15,19 9:25
    10:21
way 11:14
We'll 3:22 4:14
we're 3:15,15
    8:8 11:16
We've 10:22
Wednesday
    4:11,13
Wheeler 4:25
    7:2,5,8,11,14
    7:17,20,23
Willard 8:24
written 8:19

_____ X _____

_____ Y _____
Yeah 4:12 11:25

_____ Z _____

_____ 0 _____
08401 1:16

_____ 1 _____
1 5:1 7:3
10 6:3
11 6:6
11:34 4:16
11:50 13:12
1125 1:16
12 6:9
1250 1:14
13 6:12
14 6:15
15 6:18
15A 8:22,25
16 6:21
1600 1:22
17 6:24
1700 1:22
1717 1:18
17th 8:25
19103 1:18,23
19106 1:5,14
19th 8:21

_____ 2 _____

2 5:4 7:5
2:16-cr-00130...
    1:3
20 14:11
2017 1:5
2018 8:22,25
    14:11
27 1:5
27th 11:25

_____ 3 _____
3 5:7 7:8
32 1:10
32.2(b)(5)(B)
    9:12
3640 1:18

_____ 4 _____
4 2:6 5:10 7:11

_____ 5 _____
5 5:13 7:14

_____ 6 _____
6 5:16 7:17
601 1:4
615 1:14

_____ 7 _____
7 5:19 7:20
791 3:19

_____ 8 _____
8 5:22 7:23
855)204-8184
    1:23

_____ 9 _____
9 5:25
9:00 8:22,25
9:07 3:1
9:08 3:25
9:09 4:1
9:10 4:15
9:30 3:22 4:6