**ADAM B. COGAN**
Attorney at Law
218 West Main Street, Suite A
Ligonier, Pennsylvania 15658

Phone: 724.995.8579
Fax: 724.995.8581

February 5, 2021

The Honorable Eduardo C. Robreno
15614 U.S. Courthouse
Courtroom 15-A
Philadelphia, PA 19106
(by ecf filing)

**IN RE: UNITED STATES V. WHEELER NEFF, CRIMINAL NO. 16-130 - 2**

Dear Judge Robreno:

On January 26, 2021, I filed a **Second Motion to Supplement Reply to Response to Motion for Compassionate Release Pursuant to Title 18, U.S.C. § 3582(c)(1)(A)(i)** (see, Document 814) referencing the death of FCI Fort Dix inmate Myron Crosby from COVID-19.

As the attached Press Release from the U.S. Department of Justice further edifies with respect to Mr. Crosby's death, I thought it appropriate to bring it to the Court's attention. The Press Release can also be found at https://www.bop.gov/resources/news/pdfs/20210125_press_release_ftd.pdf.

I thank the Court for its attention to this matter.

Very truly yours,

s/Adam B. Cogan
Adam B. Cogan, Esquire

cc: AUSA Mark Dubnoff  (by ecf filing)

---

*"By the protection of the law human rights are secured; withdraw that protection, and they are at the mercy of wicked rulers, or the clamor of an excited people."*  Ex Parte Milligan, 4 Wall. 2 (1866).