IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :       CRIMINAL ACTION
                                :       NO. 16-130-02
            v.                  :
                                :
WHEELER K. NEFF                 :

# O R D E R

**AND NOW,** this **3rd** day of **March, 2021,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant Wheeler Neff's motion for compassionate release (ECF No. 798) is **DENIED.**

It is hereby further **ORDERED** that Defendant's motions to supplement his reply (ECF Nos. 807 and 814) are **GRANTED.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO,        J.**