IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 16-130 |
| | : | |
| CHARLES M. HALLINAN | : | |
| WHEELER K. NEFF | : | |
| RANDALL P. GINGER | : | |
| | : | |
| IN RE: FORFEITURE OR PREMISES KNOWN | : | |
| AS **400 SE 5TH AVENUE, N-304, BOCA RATON** | : | |
| **FLORIDA**, A PARCEL OF REAL PROPERTY | : | |
| AND ALL APPURTENANCES THERETO, | : | |
| LYING IN PALM BEACH COUNTY AND | : | |
| ANY AND ALL PROCEEDS FROM THE | : | |
| SALE THEREOF | : | |

**RELEASE OF LIS PENDENS**

COME NOW THE UNITED STATES OF AMERICA, by and through its undersigned attorneys, hereby releases the Notice of Lis Pendens affecting the premises commonly known as **400 SE 5th Avenue, N-304, Boca Raton, Florida**, such claims having previously been entered with the Palm Beach County Recorder of Deeds, Palm Beach County, Florida, as a result of the Notice of Lis Pendens filed in the above-captioned matter.

The name of the person whose interests are intended to be affected is **CHARLES M. HALLINAN, and all successors, heirs and assignees**. The property to which this Lis Pendens refers, was described in the most recent Deed of Record in the Palm Beach County Recorder of Deeds, in Deed Book 14855, at page 0514, as owned by CHARLES M. HALLINAN and RHEA F. HALLINAN, husband and wife, and is further described as follows:

> UNIT NO. N-304 OF MIZNER GRAND, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEROF, RECORDED IN OFFICIAL RECORDS BOOK 10936, PAGE 896, AS AFFECTED BY AFFIDAVIT RECORDED IN OFFICIAL RECORDS BOOK 11010, PAGE 978 AND AMENDED IN OFFICIAL RECORDS BOOK 11773, PAGE 1498, ALL OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA, AND ANY AND ALL AMENDMENTS THERETO, TOGETHER WITH AN UNDIVIDED SHARE IN THE COMMON ELEMENTS APPURTENANT THERETO. FOR INFORMATIONAL PURPOSES ONLY: MORE COMMONLY KNOWN AT 400 SE 5TH AVE, 304 BOCA RATON FL 33432
>
> Parcel ID(s): 06#43#47#29#50#001#0304

such claims having been entered with the Palm Beach County, Recorder of Deeds, Florida, and having been entered as a result of the Notice of Lis Pendens filed in the above captioned matter.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

        Respectfully submitted,

        JENNIFER ARBITTIER WILLIAMS
        Acting United States Attorney

        _s/Maria M. Carrillo_____
        MARIA M. CARRILLO
        Assistant United States Attorney

Dated: August 26, 2021